1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff United States of America
6
7                IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | CASE NO.  1:20-MC-01404 |
| 9              Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 10            v. | |
| 11 FIREARMS, BROWNING, 1911-22 PISTOL, CAL: 22 SN: 51EZP02954, | |
| 12 | |
| 13 FIREARMS, BROWNING 1911-22 PISTOL CAL: 22 SN: 51EZP02702, | |
| 14 FIREARMS, GLOCK INC. 23GEN3 PISTOL CAL: 40 SN: TMB899, | |
| 15 | |
| 16 FIREARMS, NEW FRONTIER ARMORY, LLC LW-15 Rifle CAL: 556 SN: NLV21295, | |
| 17 FIREARMS, SMITH & WESSON SD9VE PISTOL CAL: 9 SN: FBK2736, | |
| 18 | |
| 19 APPROXIMATELY 77 ROUNDS OF ASSORTED AMMUNITION, | |
| 20 APPROXIMATELY 130 ROUNDS OF ASSORTED AMMUNITION, | |
| 21 | |
| 22 APPROXIMATELY 500 ROUNDS OF FIOCCHI AMMUNITION CAL: 223, | |
| 23 APPROXIMATELY 165 ROUNDS OF CBC – BRAZILIAN AMMUNITION, | |
| 24 | |
| 25 APPROXIMATELY 445 ROUNDS OF REMINGTON CAL: 9 AMMUNITION, AND | |
| 26 | |
| 27 APPROXIMATELY 710 ROUNDS OF ASSORTED CAL: 40 AMMUNITION, | |
| 28             Defendants. | |

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

1

The United States of America and potential claimants Pedro Duran and Sylvia Cisneros ("potential claimants"), by and through their counsel, do agree and STIPULATE as follows:

1. On or about July 10, 2020, potential claimants filed a claim in the administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives with respect to the above-captioned property (hereafter "defendant property"), which were seized on April 29, 2020.

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the potential claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is October 6, 2020.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 4, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture shall be extended to January 4, 2021.

Dated: October 2, 2020                     MCGREGOR W. SCOTT
                                           United States Attorney


                                           By:  /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant United States Attorney

Dated: September 30, 2020        By:   /s/ Anthony P. Capozzi
                                       ANTHONY P. CAPOZZI
                                       Attorney for Potential Claimants
                                       Pedro Duran and Sylvia Cisneros
                                       (As approved by email on 9/30/2020)

IT IS SO ORDERED.

   Dated:   **October 2, 2020**          _Dale A. Drozd_

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

3