PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-MC-01404-AWI |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| FIREARMS, BROWNING, 1911-22 PISTOL, CAL: 22 SN: 51EZP02954, | |
| FIREARMS, BROWNING 1911-22 PISTOL CAL: 22 SN: 51EZP02702, | |
| FIREARMS, GLOCK INC. 23GEN3 PISTOL CAL: 40 SN: TMB899, | |
| FIREARMS, NEW FRONTIER ARMORY, LLC LW-15 Rifle CAL: 556 SN: NLV21295, | |
| FIREARMS, SMITH & WESSON SD9VE PISTOL CAL: 9 SN: FBK2736, | |
| APPROXIMATELY 77 ROUNDS OF ASSORTED AMMUNITION, | |
| APPROXIMATELY 130 ROUNDS OF ASSORTED AMMUNITION, | |
| APPROXIMATELY 500 ROUNDS OF FIOCCHI AMMUNITION CAL: 223, | |
| APPROXIMATELY 165 ROUNDS OF CBC – BRAZILIAN AMMUNITION, | |
| APPROXIMATELY 445 ROUNDS OF REMINGTON CAL: 9 AMMUNITION, AND | |
| APPROXIMATELY 710 ROUNDS OF ASSORTED CAL: 40 AMMUNITION, | |
| Defendants. | |

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN
INDICTMENT ALLEGING FORFEITURE

1

1    It is hereby stipulated by and between the United States of America and potential claimants

2 Pedro Duran and Sylvia Cisneros ("claimants"), by and through their respective counsel, as follows:

3    1.    On or about July 10, 2020, claimants filed a claim in the administrative forfeiture

4 proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives with respect to the above-

5 captioned property (hereafter "defendant property"), which was seized on April 29, 2020.

6    2.    The Bureau of Alcohol, Tobacco, Firearms and Explosives has sent the written notice of

7 intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

8 expired for any person to file a claim to the defendant property under 18 U.S.C. § 983(a)(2)(A)-(E), and

9 no person other than the potential claimants have filed a claim to the defendant  property as required by

10 law in the administrative forfeiture proceeding.

11    3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

12 forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant

13 property is subject to forfeiture within ninety days after a claim has been filed in the administrative

14 forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

15 the parties.  That deadline was October 6, 2020.

16    4.    By Stipulation and Order filed October 5, 2020, the parties stipulated to extend to January

17 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

18 defendant property and/or to obtain an indictment alleging that the defendant property is subject to

19 forfeiture.

20    5.    By Stipulation and Order filed February 23, 2021, the parties stipulated to extend to April

21 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

22 defendant property and/or to obtain an indictment alleging that the defendant property is subject to

23 forfeiture.

24    6.    By Stipulation and Order filed March 18, 2021, the parties stipulated to extend to July 3,

25 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

26 defendant property and/or to obtain an indictment alleging that the defendant property is subject to

27 forfeiture.

28    7.    By Stipulation and Order filed June 21, 2021, the parties stipulated to extend to October

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN
INDICTMENT ALLEGING FORFEITURE

1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant property and/or to obtain an indictment alleging that the defendant property is subject to

forfeiture.

       8.      By Stipulation and Order filed September 20, 2021, the parties stipulated to extend to

November 30, 2021, the time in which the United States is required to file a civil complaint for

forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant

property is subject to forfeiture.

       9.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

February 28, 2022, the time in which the United States is required to file a civil complaint forfeiture

against the defendant property and/or to obtain an indictment alleging that the defendant property is

subject to forfeiture.

      10.     Accordingly, the parties agree that the deadline by which the United States shall be

required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment

alleging that the defendant property is subject to forfeiture shall be extended to February 28, 2022.

Dated:  November 17, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney

Dated:  November 16, 2021

By:   /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Potential Claimants
Pedro Duran and Sylvia Cisneros
(As approved by email on 11/16/2021)

IT IS SO ORDERED.

Dated:   November 17, 2021

_____
SENIOR  DISTRICT  JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN
INDICTMENT ALLEGING FORFEITURE

3