1  PHILLIP A. TALBERT
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
   Attorneys for Plaintiff United States of America
6
                  IN THE UNITED STATES DISTRICT COURT
7                 EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,            CASE NO.  1:20-MC-01404-AWI

9                       Plaintiff,      STIPULATION AND ORDER EXTENDING TIME
                                        FOR FILING A COMPLAINT FOR FORFEITURE
10                 v.                   AND/OR TO OBTAIN AN INDICTMENT
                                        ALLEGING FORFEITURE
11 FIREARMS, BROWNING, 1911-22 PISTOL,
   CAL: 22 SN: 51EZP02954,
12
   FIREARMS, BROWNING 1911-22 PISTOL
13 CAL: 22 SN: 51EZP02702,

14 FIREARMS, GLOCK INC. 23GEN3 PISTOL
   CAL: 40 SN: TMB899,
15
   FIREARMS, NEW FRONTIER ARMORY,
16 LLC LW-15 Rifle CAL: 556 SN: NLV21295,

17 FIREARMS, SMITH & WESSON SD9VE
   PISTOL CAL: 9 SN: FBK2736,
18
   APPROXIMATELY 77 ROUNDS OF
19 ASSORTED AMMUNITION,

20 APPROXIMATELY 130 ROUNDS OF
   ASSORTED AMMUNITION,
21
   APPROXIMATELY 500 ROUNDS OF
22 FIOCCHI AMMUNITION CAL: 223,

23 APPROXIMATELY 165 ROUNDS OF CBC
   – BRAZILIAN AMMUNITION,
24
   APPROXIMATELY 445 ROUNDS OF
25 REMINGTON CAL: 9 AMMUNITION,
   AND
26
   APPROXIMATELY 710 ROUNDS OF
27 ASSORTED CAL: 40 AMMUNITION,

28                     Defendants.

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN            1
INDICTMENT ALLEGING FORFEITURE

1      It is hereby stipulated by and between the United States of America and potential claimants

2 Pedro Duran and Sylvia Cisneros ("claimants"), by and through their respective counsel, as follows:

3      1.      On or about July 10, 2020, claimants filed a claim in the administrative forfeiture

4 proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives with respect to the above-

5 captioned property (hereafter "defendant property"), which was seized on April 29, 2020.

6      2.      The Bureau of Alcohol, Tobacco, Firearms and Explosives has sent the written notice of

7 intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has

8 expired for any person to file a claim to the defendant property under 18 U.S.C. § 983(a)(2)(A)-(E), and

9 no person other than the potential claimants have filed a claim to the defendant property as required by

10 law in the administrative forfeiture proceeding.

11      3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

12 forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant

13 property is subject to forfeiture within ninety days after a claim has been filed in the administrative

14 forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

15 the parties.  That deadline was October 6, 2020.

16      4.      By Stipulation and Order filed October 5, 2020, the parties stipulated to extend to January

17 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

18 defendant property and/or to obtain an indictment alleging that the defendant property is subject to

19 forfeiture.

20      5.      By Stipulation and Order filed February 23, 2021, the parties stipulated to extend to April

21 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

22 defendant property and/or to obtain an indictment alleging that the defendant property is subject to

23 forfeiture.

24      6.      By Stipulation and Order filed March 18, 2021, the parties stipulated to extend to July 3,

25 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

26 defendant property and/or to obtain an indictment alleging that the defendant property is subject to

27 forfeiture.

28 ///

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN
INDICTMENT ALLEGING FORFEITURE

1    7.    By Stipulation and Order filed June 21, 2021, the parties stipulated to extend to October

2    1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

3    defendant property and/or to obtain an indictment alleging that the defendant property is subject to

4    forfeiture.

5    8.    By Stipulation and Order filed September 20, 2021, the parties stipulated to extend to

6    November 30, 2021, the time in which the United States is required to file a civil complaint for

7    forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant

8    property is subject to forfeiture.

9    9.    By Stipulation and Order filed November 17, 2021, the parties stipulated to extend to

10   February 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture

11   against the defendant property and/or to obtain an indictment alleging that the defendant property is

12   subject to forfeiture.

13   10.    By Stipulation and Order filed February 14, 2022, the parties stipulated to extend to June

14   30, 2022, the time in which the United States is required to file a civil complaint for forfeiture against

15   the defendant property and/or to obtain an indictment alleging that the defendant property is subject to

16   forfeiture.

17   11.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to

18   September 27, 2022, the time in which the United States is required to file a civil complaint forfeiture

19   against the defendant property and/or to obtain an indictment alleging that the defendant property is

20   subject to forfeiture.

21   12.    Accordingly, the parties agree that the deadline by which the United States shall be

22   required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment

23   alleging that the defendant property is subject to forfeiture shall be extended to September 27, 2022.

24   Dated:  June 10, 2022                                    PHILLIP A. TALBERT
                                                              United States Attorney
25

26                                                    By:    /s/ Alyson A. Berg
                                                             ALYSON A. BERG
27                                                           Assistant United States Attorney

28

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN                    3
INDICTMENT ALLEGING FORFEITURE

1    Dated:  June 7, 2022                          By:   /s/ Anthony P. Capozzi
                                                          ANTHONY P. CAPOZZI
2                                                         Attorney for Potential Claimants
                                                          Pedro Duran and Sylvia Cisneros
3                                                         (As approved by email on 6/7/22)

4

5
     IT IS SO ORDERED.
6
     Dated:   June 13, 2022
7                                                        _____
                                                         SENIOR   DISTRICT   JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN                4
INDICTMENT ALLEGING FORFEITURE